
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRAHAM HARRY SCHIFF,<br>Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-830 |
| OFFICER DAVID McBAIN, *et al.*<br>Defendants | * * | |

*******

| | | |
|---|---|---|
| GRAHAM HARRY SCHIFF,<br>Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-844 |
| MONTGOMERY COUNTY CIRCUIT<br>COURT, *et al,*<br>Defendants | * * | |

*******

| | | |
|---|---|---|
| GRAHAM HARRY SCHIFF,<br>Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-902 |
| DAVID BOOTH, *et al.,*<br>Defendants | * * | |

*******

| | | |
|---|---|---|
| GRAHAM HARRY SCHIFF,<br>Plaintiff | * * * | |
| v | * * | Civil Action No. PX-20-953 |
| DAVID BOOTH, et al.,<br>Defendants | * * | |

**<u>ORDER</u>**

For reasons stated in the foregoing Memorandum Opinion, it is this 17th day of April 2020, by the United States District Court for the District of Maryland, hereby ordered:

1. In Civil Action No. PX-20-830:

      A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

      B. The claims against the Montgomery County State's Attorney's Office and County Executive Marc Elrich ARE DISMISSED with prejudice.

      C. The claims against Officer McBain ARE DISMISSED without prejudice;

      D. The Complaint IS DISMISSED; and

      E. The Clerk CLOSE this case.

2.    In Civil Action No. PX-20-844:

      A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

      B. The Complaint IS DISMISSED;

      C. Plaintiff IS ASSIGNED a "first strike" pursuant to 28 U.S.C. § 1915; and

      D. The Clerk CLOSE this case.

3.    Civil Action No. PX-20-902:

      A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

      B. The Complaint IS DISMISSED;

      C. Plaintiff IS ASSIGNED a "second strike" pursuant to 28 U.S.C. § 1915; and

      D. The Clerk CLOSE this case.

4.    In Civil Action No. PX-20-953:

      A. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

      B. The Complaint IS DISMISSED;

      C. Plaintiff IS ASSIGNED a "third strike" pursuant to 28 U.S.C. § 1915; and

      D. The Clerk CLOSE this case.

4.    The Clerk SHALL FLAG a strike on the dockets for Civil Action Nos. PX 20-844, PX-20-902, and PX-20-953;

5.  Plaintiff is barred from filing a complaint in forma pauperis unless he states a claim indicating that he is in imminent danger of physical harm; and

6.  The Clerk SHALL SEND a copy of this Order and the foregoing Memorandum Opinion to Plaintiff.

/S/
Paula Xinis
United States District Judge